DAVIES v. TEPLISKY et al. BROOKS, Appellant, v. ZUCKERT, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Actions by Mary Davies against Barnet Teplisky and others, and by Elizabeth M. Brooks against Joseph Zuckert. No opinions. Motions to resettle

orders granted, without costs. See, also, 132 N. Y. Supp. 1126.